**William A. FLANAGAN, Respondent,**

v.

**SOUTHERN MINNESOTA CON-
STRUCTION CO., and CNA/Transpor-
tation Insurance, Respondents,**

and

**MN Department of Economic
Security, Intervenor,**

and

**HMO Minnesota, d/b/a Blue
Plus, Relator.**

No. C8-02-546.

Supreme Court of Minnesota.

June 19, 2002.

Ruth M. Harvey, Chesley, Kroon, Chambers & Harvey, Mankato, for employee-respondent.

Jeffrey A. Magnus, Law Office of Joseph M. Stocco, Minneapolis, for employer/insurer-respondent.

Mark A. Fredrickson, David M. Bateson, Rider, Bennett, Egan & Arundel, L.L.P., Minneapolis, Michael A. Hatch, MN Atty. Gen., St. Paul, for intervenor-relator.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 8, 2002, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ. App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ Paul H. Anderson
Associate Justice